**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1914**

---

THOMAS V. PREVENSLIK,

Plaintiff - Appellant,

versus

UNITED STATES PATENT & TRADEMARK OFFICE; JAMES
E. ROGAN; JOHN R. LEE; BERNARD E. SOUW,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-05-498-TSE-LO)

---

Submitted:  April 28, 2006          Decided:  May 24, 2006

---

Before LUTTIG,[*] GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas V. Prevenslik, Appellant Pro Se.  Gerard John Mene, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

---

[*]Judge Luttig was a member of the original panel but did not
participate in this decision. The opinion is filed by a quorum of
the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Thomas V. Prevenslik appeals the district court's order denying relief on this qui tam action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Prevenslik v. U.S. Patent and Trademark Office</u>, No. CA-05-498-TSE-LO (E.D. Va. June 16, 2005). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>